UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JIMMIE EARL JONES,

    Plaintiff,

    v.

ALAMEDA COUNTY JUVENILE
JUSTICE CENTER, et al.,

    Defendants.

Case No. 25-cv-09293-NW

**ORDER DISMISSING MATTER
WITHOUT PREJUDICE**

Plaintiff Jimmie Earl Jones, a state prisoner, filed this *pro se* civil rights complaint raising several claims against the Alameda County Juvenile Justice Center and Angela Gutierrez. *See* ECF No. 1. On May 7, 2026, the Court dismissed his Complaint for failure to state a claim and granted Jones leave to amend within 28 days or face dismissal of this matter. ECF No. 10 at 5–6. The deadline has long passed, and Jones has not filed an amended complaint or otherwise communicated with the Court about this case. Accordingly, this matter is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall close the file.

    **IT IS SO ORDERED.**

Dated: July 8, 2026

Noël Wise
United States District Judge

United States District Court
Northern District of California